```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 01390
    MAUREEN R WRIGHT
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-4818


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/22/2008 and was not confirmed.

     The case was dismissed without confirmation 02/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
CHICAGO CENTRAL EP         UNSECURED       NOT FILED             .00          .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED             .00          .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED             .00          .00
DR PATRICIA M BOATWRIGHT   UNSECURED       NOT FILED             .00          .00
GENESIS CLINICAL LAB       UNSECURED       NOT FILED             .00          .00
MERCY HOSPITAL MEDICAL C   UNSECURED       NOT FILED             .00          .00
MERCY HOSPITAL MEDICAL C   UNSECURED       NOT FILED             .00          .00
MICHAEL REESE HOSPITAL     UNSECURED       NOT FILED             .00          .00
NATIONWIDE CREDIT CO       UNSECURED       NOT FILED             .00          .00
NICOR GAS                  UNSECURED       NOT FILED             .00          .00
RUSH OAK PARK HOSPITAL     UNSECURED       NOT FILED             .00          .00
SC AT 900 N MICHIGAN       UNSECURED       NOT FILED             .00          .00
UNIVERSITY OF ILLINOIS A   UNSECURED       NOT FILED             .00          .00
UNITED COLLECTION BUREAU   UNSECURED       NOT FILED             .00          .00
NATIONWIDE CREDIT CO       UNSECURED       NOT FILED             .00          .00
SAXON MORTGAGE SERVICES    CURRENT MORTG          .00            .00          .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE    15715.00             .00          .00
NUVELL CREDIT              SECURED VEHIC     9190.00             .00          .00
NUVELL CREDIT              UNSECURED       NOT FILED             .00          .00
SAXON MORTGAGE SERVICES    NOTICE ONLY     NOT FILED             .00          .00
TIMOTHY K LIOU             DEBTOR ATTY            .00                         .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00


         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 01390 MAUREEN R WRIGHT
```

```
DEBTOR REFUND                                                      .00
                                         ---------------   ---------------
TOTALS                                               .00               .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 05/27/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE